AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the

District of New Mexico  ▾

| | |
|---|---|
| United States of America <br> v. <br> RAMIREZ, Brian <br><br><br><br> _____ <br> *Defendant(s)* | ) <br> ) <br> ) Case No. 26 - 3486 MJ <br> ) <br> ) <br> ) <br> ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ **July 7, 2026** _____ in the county of _____ **Dona Ana** _____ in the

___ **State and** ___ District of _____ **New Mexico** _____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. §§ 1324(a)(1)(A)(ii) and (a)(1)(A)(v)(I) | Conspiracy to Violate 1324 - Knowingly, intentionally, and unlawfully conspired, combined, confederated and agreed with others known and unknown, to commit offenses against the United States, namely: to transport, move, or attempt to transport and move an alien within the United States by means of transportation and otherwise |

This criminal complaint is based on these facts:

See Affidavit, attached and incorporated herein, by reference.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Angel Pacheco, Border Patrol Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: _____ 07/07/2026 _____

_____
*Judge's signature*

City and state: _____ **Las Cruces, New Mexico** _____    Kevin R. Sweazea, United States Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT

On May 7, 2026, Border Patrol Agents responded to a sensor activation near the United States Border Patrol checkpoint on Interstate 25 north of Las Cruces, New Mexico. Agents encountered two citizens and nationals of Mexico, including a 17-year-old unaccompanied juvenile, attempting to circumvent the checkpoint. The aliens stated that they were waiting for a man in a red truck who was supposed to transport them to Albuquerque, New Mexico. Agents then located Ramon Camposano nearby at a rest area in a red truck.

After being advised of and waiving his Miranda rights, Camposano admitted that he picked up the aliens in El Paso, Texas, dropped them off south of the I-25 checkpoint, instructed them to walk around the checkpoint to avoid detection, and intended to pick them up again after they bypassed the checkpoint so he could continue transporting them to Albuquerque. Camposano's admissions were consistent with the aliens' statements.

Specifically, Camposano stated that he had been hired to transport the aliens and identified one of the coordinators as Brian Miguel Ramirez, also known as "Chino," date of birth February 19, 2001, telephone number 505-267-2447. Camposano stated that Ramirez was involved in coordinating alien-smuggling activity. Camposano also identified stash-house locations used in the scheme, including 850-A Dolly Ave. SW in Albuquerque, New Mexico, which Camposano stated was the intended destination for the aliens apprehended near the I-25 checkpoint.

Camposano further identified two Texas stash-house locations: 326 North Carolina Drive in El Paso, Texas, and 10360 Jimenez Lane in Socorro, Texas. Law enforcement corroborated that information. On May 12, 2026, agents conducted a knock-and-talk operation at 326 North Carolina Drive and apprehended four aliens, including two unaccompanied minors and two adults, all citizens and nationals of Mexico unlawfully present in the United States. On May 19, 2026, agents conducted an operation at 10360 Jimenez Lane and apprehended two additional aliens who lacked lawful immigration status.

Camposano's information was further corroborated by evidence recovered from his seized cellular telephone. On or about June 30, 2026, agents reviewed an extraction of Camposano's phone and located WhatsApp communications involving Camposano and a person identified as Brian Ramirez, also known as "Chino," using telephone number 505-267-2447—the same identifying information Camposano had provided during his interview.

The WhatsApp communications showed Ramirez coordinating alien-smuggling activity with Camposano. On or about April 29, 2026, Ramirez wrote to Camposano, "Ima have some work for soon, let me know if you wanna bring some." Camposano responded that he was

"on the side of Espana" and stated, "let's set something up this coming week." On or about April 30, 2026, Camposano asked Ramirez, "Hey I wanted to know if you get me at least one or two [boxes] so I can pick them up around 8pm." Based on my training and experience, smugglers commonly use coded terms such as "boxes," "pollos," "work," and "jobs" to refer to aliens being smuggled or alien-smuggling loads.

On or about May 5, 2026, Ramirez responded, "Of course, there's someone who has four [boxes]." Ramirez then sent Camposano a Walmart location in El Paso and stated, "There's 3 of them, 3." Camposano replied, "I'm taking a chance, but yea." Ramirez then sent another Google location pin and told Camposano, "That's going to be the second pickup location bro." Ramirez also instructed Camposano, "Send me a picture of the location once you get there." Camposano then sent Ramirez a photograph from a Walmart parking lot, later sent a proof-of-life photograph, traveled to the second pickup location, and sent a second proof-of-life photograph.

These communications corroborate Camposano's identification of Ramirez as a smuggling coordinator. Ramirez discussed "work" and multiple "boxes," sent pickup locations, directed Camposano to a Walmart in El Paso, provided a second pickup location, instructed Camposano to send a photograph when he arrived, and received proof-of-life photographs. The communications occurred shortly before Camposano was arrested near the I-25 checkpoint while attempting to transport two aliens, including a juvenile, to Albuquerque. Law-enforcement records further reflect that Ramirez has been linked to prior human-smuggling events, and has been identified as a facilitator in multiple smuggling operations.

The investigation also corroborated Camposano's information concerning 850-A Dolly Ave. SW. Camposano identified that address as an alien stash house and stated that it was the intended destination for the aliens apprehended near the I-25 checkpoint. Border Patrol records reflect that 850-A Dolly Ave. SW had previously been identified as an alien stash house in connection with alien-smuggling activity. On June 16, 2026, agents conducted surveillance at the residence and observed several individuals around the property, along with vehicles associated with prior criminal or immigration-related investigations.

On July 9, 2026, law enforcement executed a federal search warrant at 850-A Dolly Ave. SW. Ramirez was found at the residence during the execution of the warrant. Ramirez's wife gave a statement to law enforcement that Ramirez had been involved in alien smuggling. After being advised of and waiving his Miranda rights, Ramirez admitted that he worked for an alien-smuggling enterprise and that his role was to find drivers. Ramirez stated that he was paid $50 per driver found. Ramirez also admitted that he used his residence at 850-A Dolly Ave. SW to store aliens and was paid $100 per alien housed. Ramirez stated that, during his involvement with the conspiracy he had housed approximately 20 aliens at his residence. Ramirez further stated that he was expecting to receive approximately one or

two aliens on or about May 7, 2026, but that those aliens never arrived. This corresponds to the date Camposano attempted to transport two aliens to Albuquerque but was apprehended by law enforcement.

Based on the foregoing, there is probable cause to believe that Brian Miguel Ramirez, also known as "Chino," conspired with Ramon Camposano and others known and unknown to transport, move, and harbor aliens within the United States, knowing of the fact that the aliens had come to, entered, and remained in the United States in violation of Title 8, United States Code, Section 1324(a)(1)(A)(v)(I).


Angel Pacheco
U.S. Border Patrol Agent


Hon. Kevin R. Sweazea
United States Magistrate Judge